FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 14 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE |
| v. | |
| | No. 1:20-CR-216-SCJ-LTW |
| JO ANN MACRINA | |

## VERDICT

As to the crime charged in Count One of the Indictment, we the Jury, find the Defendant, **JO ANN MACRINA**,

__X__ Guilty          _____ Not Guilty

As to the crime charged in Count Two of the Indictment, we the Jury, find the Defendant, **JO ANN MACRINA**,

__X__ Guilty          _____ Not Guilty

SO SAY WE ALL, signed and dated at the United States Courthouse, Atlanta, Georgia, this \_\_14th\_\_ day of \_\_October\_\_, 2022.

_____      Krystal Archer-Arroyo
Foreperson's Signature                               Foreperson's Printed Name